UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COTTON BABIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11-cv-1005 JCH |
| ) | |
| ECOBUMZ EARTH FRIENDLY DIAPER, ) | |
| SOLUTIONS, LTD. ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **Ecobumz Earth Friendly Diaper Solutions, Ltd** on **August 1, 2011**, indicating defendant was served on **July 7, 2011**, with a responsive pleading due by **July 28, 2011**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 15th day of August, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE